ORDER NO. : 2607044643-55

## EXHIBIT A

The land referred to is situated in the County of Los Angeles, City of Los Angeles, State of California, and is described as follows:

Lot 351 of Tract No. 4416, in the City of Los Angeles, County of Los Angeles, State of California, as per map recorded in Book 48 Pages 81 to 83 inclusive of Maps, in the office of the County Recorder of said County.

06 0324156